IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM DEYESSO,

    Plaintiff,

v.          CASE NO. 1:10-cv-00061-MP -GRJ

HUNTER MARINE CORPORATION,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 33, Motion to Dismiss by Hunter Marine Corporation. The parties have executed a settlement agreement dated November 18, 2010, and jointly ask this Court for a final order dismissing the case with prejudice, each party to bear its own costs and fees. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. Motion to Dismiss, Doc. 33, is GRANTED.

2. This case is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

3. This Court retains jurisdiction until February 18, 2011 to ensure the settlement is properly effected.

**DONE AND ORDERED** this  *15th* day of December, 2010



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge